**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
IVAN DARIO HERNANDEZ CANO,

                Plaintiff,

   - against -                                 **JUDGMENT**
                                                         CV 23-3338 (JMA) (JMW)

BIMMY'S LLC,

                Defendant.
-----------------------------------------------------------------X

      A Notice of Acceptance of Offer of Judgment having been served by Plaintiff on July 8, 2023; accepting Defendant's June 27, 2023 offer to allow judgment against it in the amount of $4,800.00, including all attorneys' fees and costs, it is

      **ORDERED AND ADJUDGED** that judgment is entered in in favor of Plaintiff Ivan Dario Hernandez Cano against Defendant Bimmy's LLC in the amount of $4,800.00, including all attorneys' fees and costs; and that this case is closed.

Dated:  July 24, 2023
         Central Islip, New York

                                                                      BRENNA B. MAHONEY
                                                                      CLERK OF COURT

                                                     By:    /s/ James J. Toritto
                                                                Deputy Clerk